AO 121 (Rev. 06/16)

| TO:<br><br>Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT   RECEIVED BY MAIL  SEP 02 2020  CLERK, U.S. DISTRICT COURT  ST. PAUL, MN |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>District of Minnesota<br>316 North Robert Street Suite 100 Saint Paul MN 55101 |
|---|---|
| DOCKET NO.<br>0:20-cv-01837 (WMW-HB) | DATE FILED<br>8/26/20 |
| PLAINTIFF<br>Joseph McKenna | DEFENDANT<br>Michael Loonan; Minnesota Shower and Bath; Rusco, Inc.; KSTP-TV; KMSP-TV; KARE. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  None | None - usage did not register copyright so far | None |
| 2 | | |
| 3 | | RECEIVED BY MAIL  SEP 02 2020  CLERK, U.S. DISTRICT COURT  ST. PAUL, MN |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

SCANNED  SEP 02 2020 CK  U.S. DISTRICT COURT ST. PAUL

Search for Rusco is no results.

From
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=Rusco&Search_Code=FT*&PID=YKP1W_6jDtCnHx1hCnB16LWCQ0dNI&SEQ=20200831074852&CNT=25&HIST=1

8/31/2020

Copyright Catalog (1978 to present)
Search Request: Keyword = Rusco
Search Results: Displaying 1 through 25 of 81 entries.

Previous        1        26        51        76        Next

  Resort results by:


\#        Relevance        Full Title        Copyright Number        Date
[ 1 ]        **        Reporter at large : dateline : Pyramid Lake, Nevada / A. J. Liebling ; edited, with an update by Elmer R. Rusco.        TX0005158410 2000
[ 2 ]        **        Benchmarks of character and way of life : the acquisition of Rancho San Rafael Regional Park.        TX0004935183 1998
[ 3 ]        **        Picture perfect software : alphabetized source list.        TX0003298599 1990
[ 4 ]        **        Casi-Rusco 1800, version 1.0.        TX0002672750 1987
[ 5 ]        **        CASI-Rusco 1800.        TX0002658357 1988
[ 6 ]        **        Computer Application Systems, Inc., cash box file : A.ASM : initialization and task polling.        TX0002658356 1989
[ 7 ]        **        Casi-Rusco 1600 version 1.01.        TX0002658087 1989
[ 8 ]        **        Homewatch : a way to protect your home and your neighbors' homes from thieves and burglars / by Russell P. Coleman.        TX0000355522 1979
[ 9 ]        **        Comparative symbolism of the transformation process / Lea Rusco.        TX0000205629 1978
[ 10 ]        **        I don't wanna.        SRu000611611 2005
[ 11 ]        **        Price of life.        SRu000154150 1989
[ 12 ]        **        Give to me.        SRu000153794 1989
[ 13 ]        **        Hiking North Manitou Island : sights, sounds and history.        PA0001003748 2000
[ 14 ]        **        Open space : key, A / words & music Patricia L. Rusco[ni]        PAu000137224 1979
[ 15 ]        **        CASI-RUSCO 1800 version 1.0; alternative title CASI-RUSCO 1800 access control system version 1.0 / TX 2-672-750.        V2532P519        1990
[ 16 ]        **        Cast sales brochure & 10 other titles.        V2353P054        1988
[ 17 ]        **        Better With Time, et al. SRu001158052 2014
[ 18 ]        **        UNDER A PAINTED SKY, et al.        SRu001156880 2014
[ 19 ]        **        BETTER WITH TIME, et al.        SRu001156059 2014
[ 20 ]        **        Bigfoot Blues, et al.        SRu001152962 2014
[ 21 ]        **        Two for the price of one.        PAu003707496 2013
[ 22 ]        **        Butterflies, et al.        PAu003701342 2013

[ 23 ]   **   DO IT AGAIN, et al.        SRu001068157  2012
[ 24 ]   **   MOONLIGHT DANCE, et al.    SRu001067977  2012
[ 25 ]   **   i'm a Worm and I can ... FLY!!!   TX0007139830  2008

Resort results by:

Search for Loonan is no results.

From
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=Rusco&Search_Code=FT*&PID=YKP1W_6jDtCnHx1hCnB16LWCQ0dNI&SEQ=20200831074852&CNT=25&HIST=1

8/31/2020

Copyright Catalog (1978 to present)
Search Request: Keyword = Loonan
Search Results: Displaying 1 through 25 of 81 entries.

Previous     1     26     51     76     Next

 Resort results by:


Resort results by:


| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | LOONAN, DENNIS, 1949- | LIFE ARTIST. | PAu003551390 | 2008 |
| [ 2 ] | Loonan, Elizabeth | Grandmother's memories / Elizabeth Loonan ; ill. by Jane Kendall. | TX0005341460 | 2000 |
| [ 3 ] | Loonan, Patrick T., 1955- | Patrick Loonan work. | PAu002082343 | 1996 |
| [ 4 ] | Loonan, Tom | 44th Western New York Exhibition : July 18 through August 30, 1992 / editor, Mary Cochrane ; all photos., unless otherwise noted by Tom Loonan. | TX0003435162 | 1992 |
| [ 5 ] | Loonan, Cyan Dalore Knips, 1954- | Cyan's Letter of love / [Cyan Dalore Knips Loonan] | TXu000479742 | 1991 |
| [ 6 ] | Loonan, Michael Paul, 1965- | Michael Loonan--volume three. | SRu000216374 | 1991 |
| [ 7 ] | Loonan, Patrick T., 1955- | Today I will walk. | PAu001567409 | 1991 |
| [ 8 ] | Loonan, Peggy Bricker, 1955- | Teenage housecleaning clinic / by Peggy Bricker Loonan. | TXu000478031 | 1991 |
| [ 9 ] | Loonan, Cyan Dalore Knips, 1954- | Cyan's letter to her mother / [i.e. Cyan Dalore Knips Loonan] | TXu000414606 | 1990 |
| [ 10 ] | Loonan, Michael, 1965- | Young urban sheep. | SRu000173753 | 1990 |
| [ 11 ] | Loonan, Patrick T., 1955- | In the house of the Lord. | PAu001334449 | 1990 |
| [ 12 ] | Loonan, Michael Paul, 1965- | Michael Loonan--Various songs. | SRu000154199 | 1989 |
| [ 13 ] | Loonan, Patrick T, 1955- | Before the fire dies. | SRu000156620 | 1989 |
| [ 14 ] | Loonan, Michael Paul, 1965- | Graduation : suite one. | SRu000147367 | 1988 |
| [ 15 ] | Loonan, Michael Paul, 1965- | Graduation : suite two. | SRu000147365 | 1988 |
| [ 16 ] | Loonan, Michael Paul, 1965- | Michael P. Loonan : vol. one. | SRu000127194 | 1988 |
| [ 17 ] | Loonan, Patrick Thomas, 1955- | Say two : pt. I. | SRu000069049 | 1985 |
| [ 18 ] | Loonan, Pat Shepard, 1939- | Boundry water trio. | VAu000026423 | 1981 |

 Resort results by: